RECEIVED
JUN 27 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

MATTHEW J. CRUSAN, et al.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Jules Bernstein

Firm Name: Bernstein & Lipsett, P.C.

Post Office Box: 07-434 C

Street Address: 1920 L Street, N.W., Suite 303

City-State-Zip: Washington, D.C. 20036

Telephone & Facsimile Numbers: (202) 296-1798 (202) 296-7220 fax

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

J. Horn

Nature of Suit Code: 3 0 4

Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: V A R

See attached sheet for three-digit codes.

Amount Claimed: $ To be determined

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ ________

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:

Date of Vaccination: ________

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☐ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

## ALPHABETIZED, NUMBERED LIST OF PLAINTIFFS

1. MATTHEW J. CRUSAN
2. ROBERT J. DONNELLY
3. DAVID M. HARGRODER
4. SHARON A. LYNN