ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUN 27 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MATTHEW J. CRUSAN, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | Case No. 07-434 C |

**NOTICE OF INDIRECTLY RELATED CASES**

Please take note that the above captioned case is indirectly related to Stephen Adams, et al. v. United States, No. 90-162C and consolidated cases, Ralph E. Boston, et al. v. United States, No. 01-518C, Christopher M. Wolfen v. United States, No. 03-2665C, Richard L. Lyon v. United States, No. 03-2836, Joseph A. Curry, et al. v. United States, No. 03-2858C, Joseph A. Danca, et al. v. United States, No. 04-0023C, Mannix Acevedo, et al. v. United States, No. 04-0045C, Theodore Antonsen, et al. v. United States, No. 04-163C, Huel B. Benton, III, et al. v. United States, No. 04-233C, John O. Harazda, et al. v. United States, No. 04-302C, Richard J. Campbell, et al. v United States, No. 04-707C, Kevin R. Barker, et al. v. United States, No. 04-1189C, Kenneth W. Giles, et al. v. United States, No. 04-1283C, Fred J. Bradford, et al. v. United States, No. 04-1393C, Terry J. Easter, et al. v. United States, No. 04-1435C, Patrick J. Caffery, et al. v. U.S., Case No. 04-1613C, Miguel L. Carrasquillo, et al. v. United States, Case No. 04-1732, William E. Atkinson, et al. v. United States, Case No. 05-124, Percy Davis, et al. v. United States, Case No. 05-230C, James M. Bracken, et al. v. United States, Case No. 05-474C, Danilo M. Almares, et al. v. United States, Case No. 05-506C, Thomas E. English, et al. v. United States, Case No.

05-572C, Steven R. Charves v. United States, Case No. 05-707C, Michael F. Schmidt v. United States, Case No. 05-1115C, Michael J. Donahue v. United States, Case No. 05-1192C, Lydia Y. Bagley, et al. v. United States, Case No. 06-103C, Julie E. Antilla, et al. v. United States, Case No. 06-139C, Alan M. Evans, et al. v. United States, Case No. 06-183C, Paula F. Albert, et al v. United States, Case No. 06-223C, Roberta Goralczyk, et al. v. United States, Case No. 06-283C, Carlos M. Aquino, et al. v. United States, Case No. 06-367C, Wayne Groves, et al. v. United States, Case No. 06-456, Evangela Forbes v. United States, Case No. 06-510C, Kerry Hamilton v. United States, Case No. 06-680C, Deborah A. George v. United States, Case No. 06-776C, Linda A. Stocum v. United States, Case No. 07-03C, Jeffrey B. Morgan v. United States, Case No. 07-205C, Christopher J. Grush v. United States, Case No 07-232C, Andrew W. Breiner, et al. v. United States, Case No. 07-249C, Diane M. Gibson, et al. v. United States, Case No. 07-284C, Paul G. Jaster, et al. v. United States, Case No. 07-299C, David P. Brown v. United States, Case No. 07-326C and Anita Chalmers v. United States, Case No. 07-361C; which are currently pending in the United States Court of Federal Claims, the outcome of which is likely to call for a determination of the same or substantially similar questions as are presented in the instant case.

Respectfully submitted,

Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798

OF COUNSEL:
Linda Lipsett

Edgar James
James & Hoffman
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
(202) 496-0500

Attorneys for Plaintiffs

Dated: June 27, 2007