IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MATTHEW J. CRUSAN, et al., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-434C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Shalom Brilliant, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Shalom Brilliant
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7036
Washington, D.C. 20530
Phone: (202) 616-8275
Fax: (202) 305-7643
Email: Shalom.Brilliant@usdoj.gov

Attention: Classification Unit
8th Floor

s/Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: July 13, 2007

CERTIFICATE OF FILING

I hereby certify that on this 13th day of July, 2007, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Shalom Brilliant