# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**MATTHEW J. CRUSAN, et al.,**
,

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 07- 434C**
**Filed: July 18, 2007**

**O R D E R**

The Notice of Appearance in the above-captioned case was filed on July 13, 2007. To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Friday, September 7, 2007, at 10:30 a.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 296-7222 and defendant's counsel at (202) 616-8275.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**