# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **MATTHEW J. CRUSAN, et al.,** | |
| , | |
| **Plaintiffs,** | **No. 07- 434C** |
| **v.** | **Filed: September 7, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a status conference in the above-captioned case on September 7, 2007, with the parties appearing by telephone. The parties advised the court of the potential for settling the claims of the four plaintiffs in this case, except for the plaintiffs' driving claims, as to which plaintiffs' counsel has filed a petition for writ of certiorari in another case. See Stephen Adams, et al. v. United States, 65 Fed. Cl. 217 (2005), aff'd, 471 F.3d 1321 (2006), reh'g and reh'g en banc denied, 219 Fed. Appx. 993 (Fed. Cir. 2007), petition for cert. filed, 76 U.S.L.W. 3057 (U.S. Jul. 27, 2007) (No. 07-116).

The parties shall file a joint status report on their settlement progress (without numbers), on or before **Wednesday, October 31, 2007** and on or before **Friday, November 30, 2007**. Furthermore, within five days of action on the petition for certiorari in Adams the parties shall so advise the court in a joint status report.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**