IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MATTHEW J. CRUSAN, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 07-434C |
| | ) | (Judge Marian Blank Horn) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on September 7, 2007, plaintiffs and defendant respectfully submit the following joint status report:

By letter dated August 29, 2007, plaintiffs submitted to defendant a proposal to settle the instant case, except as to claims based upon time spent driving between home and work in a Government vehicle. Defendant notified plaintiffs that the Drug Enforcement Administration has provided its recommendation concerning the proposed settlement and that defendant will submit such proposal for consideration by the authorized representatives of the Attorney General.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: October 31, 2007

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: October 31, 2007

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 31st day of October 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**