IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MATTHEW J. CRUSAN, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 07-434C |
| | ) | (Judge Marian Blank Horn) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on September 7, 2007, plaintiffs and defendant respectfully submit the following joint status report:

In the Joint Status Report filed on October 31, 2007, the parties informed the Court that on August 29, 2007 plaintiffs submitted to defendant a proposal to settle the instant case, except as to claims based upon time spent driving between home and work in a Government vehicle, and that the Drug Enforcement Administration had provided its recommendation concerning the proposed settlement. Since that time, the proposal was submitted for consideration by the authorized representatives of the Attorney General.

The claims based upon time spent driving between home and work in a Government vehicle involve issues that are the subject of a petition for a writ of *certiorari* was filed in Stephen S. Adams, et al. v. United States, No. 07-116 (July 27, 2007), seeking review of the Federal Circuit's March 14, 2007 ruling against the plaintiffs concerning the home-to-work driving issue. The Brief for the United States in Opposition was filed on November 30, 2007. Petitioner's brief in response will be filed by December 12, 2007.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: December 3, 2007

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: December 3, 2007