# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MATTHEW J. CRUSAN, et al.,**
,

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07- 434C**
**Filed: December 5, 2007**

**O R D E R**

The court is in receipt of the parties' December 4, 2007 joint status report. Save for the driving time claims, the parties appear to report settlement progress. The parties also report that certiorari has been sought for driving time claims in another case. See Stephen S. Adams, et al. v. United States, 65 Fed. Cl. 217 (2005), aff'd, 471 F.3d 1321 (2006), reh'g and reh'g en banc denied, 219 Fed. Appx. 993 (Fed. Cir. 2007), petition for cert. filed, 76 U.S.L.W. 3057 (U.S. Jul. 27, 2007) (No. 07-116).

The parties shall file joint status reports on their settlement progress (without numbers), and on the Adams case, on or before **Thursday, January 10, 2008**, and monthly thereafter. On the non-driving time claims, the parties shall include settlement milestones, with dates. As for the Adams petition for certiorari, within five days of action on the petition, the parties shall so advise the court in a joint status report.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**