IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MATTHEW J. CRUSAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 07-434C<br>(Judge Horn) |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on December 5, 2007, plaintiffs and defendant respectfully submit the following joint status report:

In the Joint Status Reports previously filed by the parties, the parties informed the Court that plaintiffs had submitted to defendant a proposal to settle the instant case, except as to claims based upon time spent driving between home and work in a Government vehicle; that the Drug Enforcement Administration had provided its recommendation concerning the proposed settlement; and that the proposal was submitted for consideration by the authorized representatives of the Attorney General. Since that time, the proposal has been approved by the authorized representatives of the Attorney General. We anticipate that a settlement agreement will be signed and a stipulation of dismissal reflecting the settlement will be filed within the next few weeks.

The parties also noted in their previous Joint Status Reports that the claims based upon time spent driving between home and work in a Government vehicle involved issues that were the subject of a petition for a writ of *certiorari* filed in Stephen S. Adams, et al. v. United States,

No. 07-116 (July 27, 2007), seeking review of the Federal Circuit's March 14, 2007 ruling against the plaintiffs concerning the home-to-work driving issue. The Supreme Court denied the petition on January 7, 2008, and the appellants are considering what action to take at this time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: January 10, 2008

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: January 10, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 10th day of January 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Jules Bernstein**