# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MATTHEW J. CRUSAN, et al.,**
,

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07- 434C**
**Filed: January 10, 2008**

**O R D E R**

The court is in receipt of the parties' January 10, 2008 joint status report, indicating imminent settlement of all claims, save for the driving time claims, as to which certioriari was recently denied in another case. See Adams v. United States, 65 Fed. Cl. 217 (2005), aff'd, 471 F.3d 1321 (2006), reh'g and reh'g en banc denied, 219 Fed. Appx. 993 (Fed. Cir. 2007), petition for cert. filed, 76 U.S.L.W. 3057 (U.S. Jul. 27, 2007), petition for cert. denied, 76 U.S.L.W. 3057 (U.S. Jan. 7, 2008) (No. 07-116).

The parties are commended for their settlement efforts to date. In lieu of the earlier reporting schedule, and unless a joint stipulation of dismissal is sooner received, the parties shall file a joint status report on the status of all claims on or before **Thursday, January 24, 2008**, and bi-weekly thereafter. Based on the status reports, the court will determine whether to schedule a status conference to further monitor settlement progress.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**