IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MATTHEW J. CRUSAN, et al.,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | Case No. 07-434C<br>(Judge Horn) |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on January 10, 2008, plaintiffs and defendant respectfully submit the following joint status report:

In the Joint Status Report filed by the parties on January 10, 2008, the parties informed the Court that plaintiffs' proposal to settle the instant case except as to claims based upon time spent driving between home and work in a Government vehicle had been approved by the authorized representatives of the Attorney General; that the parties anticipated that a settlement agreement would be signed and a stipulation of dismissal reflecting the settlement would be filed within the next few weeks; and that the petition for a writ of certiorari filed in Stephen S. Adams, et al. v. United States, No. 07-116 (July 27, 2007), seeking review of the Federal Circuit's March 14, 2007 ruling against the plaintiffs concerning the home-to-work driving issue, had been denied on January 7, 2008.

Counsel for the parties have been discussing the appropriate terms to include in the settlement agreement, which would apply to this case and 12 other cases involving similar claims, as well as the terms upon which stipulations of dismissal should be filed. Although the

proposed settlement contemplated the filing of stipulations of partial dismissal which would leave the home-to-work driving claims pending, counsel for the parties are presently discussing how to proceed in this regard in view of the Supreme Court's denial of certiorari in Adams.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: January 24, 2008

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: January 24, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 24th day of January 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**