# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | * |
| **MATTHEW J. CRUSAN, et al.,** | * |
| , | * |
| **Plaintiffs,** | * **No. 07- 434C** |
| **v.** | * **Filed: January 25, 2008** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * | * |

## O R D E R

The court is in receipt of the parties' January 24, 2008 joint status report indicating that the parties are currently discussing the appropriate terms to include in their settlement agreement in light of the Supreme Court's denial of certiorari in Adams v. United States. To discuss this issue and the parties' settlement efforts to date, the court **SCHEDULES** a status conference for **Tuesday, February 26, 2008 at 10:30 a.m. EST** unless the case is previously dismissed. Only the court can cancel the February 26 status conference. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 296-7222 and defendant's counsel at (202) 616-8275.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**