IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MATTHEW J. CRUSAN, et al.,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | Case No. 07-434C<br>(Judge Horn) |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on January 10, 2008, defendant respectfully submits the following status report. Counsel for the parties have conferred regarding the filing of this document, and counsel for plaintiffs have authorized counsel for defendant to state that plaintiffs concur in the contents of this status report.

In the joint status report filed by the parties on January 24, 2008, the parties informed the Court that plaintiffs' proposal to settle the instant case except as to claims based upon time spent driving between home and work in a Government vehicle had been approved by the authorized representatives of the Attorney General, and that counsel for the parties were discussing the appropriate terms to include in the settlement agreement (which would apply to this case and 12 other cases involving similar claims), as well as the terms upon which stipulations of dismissal should be filed. We also informed the Court that the petition for a writ of certiorari filed in Stephen S. Adams, et al. v. United States, No. 07-116 (July 27, 2007), seeking review of the Federal Circuit's March 14, 2007 ruling against the plaintiffs concerning the home-to-work driving issue, had been denied on January 7, 2008.

On February 6, 2008, counsel for the parties met to discuss the above matters and related matters pertaining to this and other related cases. With respect to the terms of the settlement agreement in this case, the parties discussed issues of phraseology in order to correctly capture the intent of the parties concerning certain details, and believe that these issues are close to resolution. The parties also discussed how to proceed with the driving claims. Defendant believes that the driving claims should be dismissed based upon the Federal Circuit's decision in Adams. Plaintiffs are considering how they wish to proceed with these claims.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616 8275
Fax: (202) 305 7643

Attorneys for Defendant

OF COUNSEL:
Michael J. Dierberg
William P. Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

February 7, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 7th day of February 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**