IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MATTHEW J. CRUSAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07-434C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on January 10, 2008, defendant respectfully submits the following status report. Counsel for the parties have conferred regarding the filing of this document, and counsel for plaintiffs have authorized counsel for defendant to state that plaintiffs concur in the contents of this status report.

In the joint status report filed by the parties on February 7, 2008, the parties informed the Court that, although plaintiffs' settlement proposal had been approved by the authorized representatives of the Attorney General, counsel for the parties were discussing the appropriate terms to include in the settlement agreement (which would apply to this case and 12 other cases involving similar claims), as well as the terms upon which stipulations of dismissal should be filed. These discussions principally concern the manner in which payments under the settlement should be calculated in certain situations that may be relevant to a limited number of plaintiffs in these cases. Because Government counsel was on official travel throughout the week of February 11, 2008, in connection with another case, the parties have had insufficient time within which to resolve the outstanding issues since the filing of our last status report. The parties are continuing to discuss these issues and hope to resolve them.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:
Michael J. Dierberg
William P. Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

February 21, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 21st day of February 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**