# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MATTHEW J. CRUSAN, et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-434C**
**Filed: February 26, 2008**

## O R D E R

The court held a status conference in the above-captioned case on February 26, 2008, with the parties appearing by telephone. As discussed with the parties at the conference, plaintiffs shall provide defendant with claim forms for all plaintiffs in this case on or before **Friday, March 28, 2008**. Defendant shall complete its computations and provide them to plaintiffs on or before **Friday, May 2, 2008**. The court **SCHEDULES** a status conference in the Crusan and Federico (Case No. 08-44C) cases for **Tuesday, May 6, 2008, 10:30 a.m. DST**, unless the cases are sooner dismissed. Counsel for all parties may appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (202) 296-7222 and defendant's counsel at (202) 616-8275. Land line telephones only will be employed by the parties. The parties shall be prepared to discuss settlement progress in the two cases, but without specific numbers.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**