# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MATTHEW J. CRUSAN, et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-434C**
**Filed: May 6, 2008**

**O R D E R**

The court held a status conference in the above-captioned case on May 6, 2008, with the parties appearing by telephone. The court set a schedule for briefing the home-to-work driving issue. Defendant shall file its opening dispositive motion and brief on or before **Tuesday, May 20, 2008**. Plaintiffs shall file their response brief on or before **Friday, June 6, 2008**. Defendant shall file its reply brief on or before **Friday, June 13, 2008**.

The court also **SCHEDULES** a status conference in the Crusan and Federico (Case No. 08-44C) cases for **Wednesday, June 18, 2008, 10:30 a.m. EDT**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (202) 296-7222 and defendant's counsel at (202) 616-8275. The parties will be prepared to discuss their settlement progress on the non-driving issue claims.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**