IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MATTHEW J. CRUSAN, et al., Plaintiffs, | ) | |
| v. | ) | Case No. 07-434C (Judge Marian Blank Horn) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiffs respectfully request a seven (7) day enlargement of time within which to file their Response to Defendant's Motion for Judgment on the Pleadings, Dismissing "Driving Time" Claims. Plaintiffs' response is currently due on June 6, 2008. The extension would bring the date for filing plaintiffs' response to June 13, 2008. This is plaintiffs' first request for an enlargement of time for this purpose. Undersigned counsel has spoken with Shalom Brilliant, counsel for defendant on June 3, 2008, and Mr. Brilliant stated that defendant does not oppose the granting of this motion provided that plaintiffs agree that defendant will be entitled to a corresponding extension of time to reply if any is filed. Plaintiffs so agree.

The basis for this request is that plaintiffs' counsel are engaged in preparing simultaneous responses and replies in the following five cases in this Court which are presently due to be filed on either June 6, 2008 or June 9, 2008, and granting such extension will allow undersigned counsel the additional time needed to properly prepare and file such responses and replies. The cases involved are as follows:

Adams, et al. v. United States, Fed. Cl. No. 90-162C and consolidated cases

Judge Lynn J. Bush, presently due June 9, 2008

Easter, et al. v. United States, Case No. 04-1435C

Judge Emily C. Hewitt, presently due June 6, 2008

Grush v. United States, Case No. 07-232C

Judge Edward J. Damich, presently due June 9, 2008

Crusan, et al. v. United States, Case No. 07-434C

Judge Marian Blank Horn, presently due June 6, 2008

Federico, et al. v. United States, Case No. 08-44C

Judge Marian Blank Horn, presently due June 6, 2008

For the foregoing reasons, it is respectfully requested that the Court grant the instant motion for a seven (7) day enlargement of time until June 13, 2008.

Respectfully submitted,

**s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798

OF COUNSEL:
Linda Lipsett

Edgar James
James & Hoffman
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
(202) 496-0500

Attorneys for Plaintiffs

Dated: June 3, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 3rd day of June 2008, a copy of the foregoing "PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Jules Bernstein**