# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MATTHEW J. CRUSAN, et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-434C**
**Filed: June 18, 2008**

**O R D E R**

The court held a status conference in the above-captioned case, with the parties appearing by telephone. As discussed at the conference, the parties shall continue their settlement discussions, and shall file a joint status report reflecting their progress on or before **Monday, August 18, 2008**. After review of the status report, the court will decide whether to schedule another status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**